UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. 8:22-cv-00819-JVS(JDEx) | Date February 9, 2023 |
| Title Maryam Parman v. Catherine Gunther, et al | |

Present: The Honorable **James V. Selna, US District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present                                      Not Present

**Proceedings:**   (In Chambers)   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court, on its own motion, hereby ORDERS plaintiff(s) to Show Cause (OSC) in writing no later than **March 10, 2023** why this action should not be dismissed for lack of prosecution. As an alternative to a written response, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

X     **Joint Rule 26(f) Report** with the Court's Attached Exhibit A

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

**Scheduling Conference set for February 13, 2023 is continued to March 20, 2023 at 10:30 a.m.**
.

                                                                                                                     :     0

                                                       Initials of Preparer      eva